IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARAH BARBOUR, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:24-CV-0520-MHC-JSA |
| MARIETTA CITY SCHOOL DISTRICT | : |
| and DEMARCOS HOLLAND, in his | : |
| individual capacity, | : |
| | : |
| Defendants. | : |

**O R D E R**

The above-captioned action is before the Court on the Renewed Motions to Stay[1] [53][54] filed by Defendant DeMarcos Holland, and the Joint Motion to Stay All Discovery [57] ("Joint Motion to Stay") filed jointly by the parties. In his Renewed Motions to Stay [53][54], Defendant Holland requests that all discovery related solely to Plaintiff's claims against him be stayed pending a ruling on his Renewed Motion for Judgment on the Pleadings [52]. After Defendant Holland filed his Renewed Motions to Stay, the parties filed a Joint Motion to Stay [57], in which

---

[1] On September 1, 2024, Defendant Holland filed a "Memorandum of Law in Support of the Renewed Motion to Stay" [53] and on September 2, 2024, Defendant Holland filed a "Renewed Motion and Memorandum of Law in Support of a Stay of Discovery" [54], in which he stated that the "Renewed Motion to Stay is being refiled to clarify that it is filed as a motion and brief in the same document." *See* Renewed Motion [54] at 1 n.11. The Court refers to both of these documents as Defendant Holland's Renewed Motions to Stay [53][54].

they jointly request that the discovery period be stayed pending a ruling on Defendant Holland's Renewed Motion for Judgment on the Pleadings [52].

For good cause shown, the Joint Motion to Stay [57] is **GRANTED**. Discovery is **STAYED** pending a final ruling by the District Court on Defendant Holland's Renewed Motion for Judgment on the Pleadings [52]. After the District Court issues a final order on Defendant Holland's Renewed Motion for Judgment on the Pleadings [52], the discovery period shall reopen and it will expire **sixty (60) days** from the date of that final order. Defendant Holland's Renewed Motions to Stay [53][54] are **DENIED** as moot.

**IT IS SO ORDERED** this 13th day of September, 2024.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE